Christopher Garitee, Esq.
Cabanillas & Associates, P.C.
120 Bloomingdale Rd, Suite 400
White Plains, New York 10605
Telephone: (914) 615-6516
Cgaritee@cabanillaslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBRIDGE COMMERCIAL LENDING REO SPV I INC.,,

Plaintiff,

vs.

51 EAST 126TH STREET, LLC, VANESSA KATE TURNER, THE CITY OF NEW YORK, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,,

Defendant(s).

Index No. 22-CV-00434-VSB

DEMAND FOR DOCUMENTS REFERRED TO IN PLEADINGS

PLEASE TAKE NOTICE that the defendant 51 East 126th Street, LLC. and Vanessa Kate Turner,("Defendants") have retained the firm of Cabanillas & Associates, P.C., 120 Bloomingdale Road, Suite 400, White Plains, New York, 10605 as their attorneys in the above-captioned action;

PLEASE TAKE FURTHER NOTICE that, Defendants hereby demand copies of all documents previously filed and/or served by Plaintiff in this action be delivered to them at the above-referenced address to the attention of Christopher C. Garitee, and

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR § 3120 Defendants hereby demand that plaintiff produce, within twenty days after service of this Demand at defendants firm, all documents referred to in Plaintiff's Complaint in this matter, including but not limited to:

1. Plaintiff's Notice of Acceleration;
2. Plaintiff's 90-day Pre Foreclosure Notice;
3. Certified Copies of the original Note and inspection of the original Note;
4. Certified Copies of the original Mortgage;
5. All assignments and/or documents reflecting Plaintiff's ownership of the Note and Mortgage;
6. The production of documents relating to the online service of MERS (specifically, MIN Summary for the current rightsholder, MIN Audit, MIN Transfer Audit and Milestones);
7. Any Pooling and Servicing Agreements;
8. Any Powers of Attorney;
9. Any Assumption Agreements; and
10. Any Servicer Agreements.

Dated: White Plains, New York
February 3, 2022

To: Margolin & Weinreb Law Group
165 Eileen Way, Suite 101
Syosset, NY 11791

X_____
Christopher C. Garitee, Esq.
Cabanillas & Associates, P.C.
(Rule 130-1.1)
*Attorneys for Defendant*
120 Bloomingdale Road, Suite 400
White Plains, NY 10605
Tel.: (914) 385-0292
Fax: (914) 615-6515
(Not for Service)

Index No. 22-CV-00434-VSB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBRIDGE COMMERCIAL LENDING REO SPV I INC.,,

Plaintiff(s),

vs.

51 EAST 126TH STREET, LLC, VANESSA KATE TURNER, THE CITY OF NEW YORK, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

Defendant(s)

## DEMAND FOR DOCUMENTS REFERRED TO IN PLEADINGS

**Cabanillas & Associates, P.C.**
Attorneys for Defendant
120 Bloomingdale Road, Suite 400
White Plains, New York 10605
Tel: (914)-385-0292 Fax: (914)-206-4447