```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NUBRIDGE COMMERCIAL LENDING REO                             :
SPV I INC.,                                                 :
                                                            :
                              Plaintiff,                    :    22-CV-434 (VSB)
                                                            :
                -against-                                   :         ORDER
                                                            :
51 EAST 126TH STREET, LLC, et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiff filed this action against Defendants 51 East 126th Street, LLC, Vanessa Kate Turner, the City of New York, and the New York City Environmental Control Board on January 18, 2022. (Doc. 1.) Summons for Defendants City of New York and the New York City Environmental Control Board was returned executed on January 27, 2022. (Docs. 15–16.) The deadline for Defendants to respond to Plaintiff's complaint was February 17, 2022. (*See id.*) To date, Defendants City of New York and the New York City Environmental Control Board have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against those Defendants. Accordingly, if Plaintiff intends to seek a default judgment against Defendants City of New York and the New York City Environmental Control Board, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 8, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation against Defendants City of New York and the New York City Environmental Control Board, I may dismiss this case against those Defendants for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  February 22, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge