UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
NUBRIDGE COMMERCIAL LENDING REO :
SPV I INC., :
                              Plaintiff, :
: 22-cv-434 (VSB)
          -against- :
: **ORDER**
51 EAST 126TH STREET, LLC, et al., :
:
                         Defendants. :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the Clerk's Certificate of Default as to Defendants City of New York and New York City Environmental Control Board and the affirmation of Alan H. Weinreb, Esq. (Docs. 20–25.)  Plaintiff failed to file an Order to Show Cause and the supporting materials pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases.  It is hereby:

      ORDERED that, pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases, Plaintiff is directed to file an Order to Show Cause and the supporting materials on or before March 16, 2022.  Failure to do so will result in dismissal of the claims against the defaulting Defendants pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 9, 2022
       New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge