```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NUBRIDGE COMMERCIAL LENDING
REO SPV I INC.,

                      **Plaintiff,**                                       22-CV-00434 (VSB)(SN)

        **-against-**                                                   **ORDER**

**51 EAST 126TH STREET, LLC,**

                      **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       As discussed at the June 1, 2022 settlement conference, discovery is STAYED pending further order of the Court. By July 1, 2022, the parties shall file a joint status letter indicating whether the settlement agreement has been executed.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      June 2, 2022
                  New York, New York