UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**NUBRIDGE COMMERCIAL LENDING REO SPV I INC.**,

              Plaintiff,

    -against-

**51 EAST 126TH STREET, LLC**,

             Defendant.

------------------------------------------------------------X

22-CV-00434 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    By July 1, 2022, the parties were to file a joint status letter indicating whether the settlement agreement has been executed. See ECF No. 35. As of the issuance of this order, no letter has been filed. The parties' letter is due no later than July 12, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 7, 2022
             New York, New York