```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

NUBRIDGE COMMERCIAL LENDING
REO SPV I INC.,

                                        Plaintiff,                            22-CV-00434 (VSB)(SN)

      -against-                                           **ORDER**

51 EAST 126TH STREET, LLC,

                                        Defendant.

```
------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

       On July 12, 2022, the parties submitted a joint letter to the Court via email on the status of settlement. The parties request an additional 45 days to confirm that the settlement agreement has been executed. Their request is GRANTED. The parties' letter is due by August 29, 2022. Additionally, the parties are reminded that all communications to the Court are to be filed on the public docket unless expressly permitted otherwise by the Court.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      July 13, 2022
                  New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 7/13/2022*