UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
NUBRIDGE COMMERCIAL LENDING :
REO SPV I INC., :
:
                         Plaintiff, :     22-CV-434 (VSB)
:
       -against- :     **ORDER**
:
51 EAST 126TH STREET, LLC, et al., :
:
                    Defendants. :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On June 1, 2022, Magistrate Judge Sarah Netburn stayed discovery in this action pending further order of the Court. (*See* Doc. 35.) Judge Netburn ordered that the parties file a joint status letter indicating whether their settlement agreement had been executed and, upon request from the parties, granted an extension until August 29, 2022. (Docs. 35–37.) Accordingly, it is hereby:

      ORDERED that the post-discovery conference scheduled for August 9, 2022 in this matter is adjourned *sine die*.

SO ORDERED.

Dated: August 2, 2022
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge