```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NUBRIDGE COMMERCIAL LENDING
REO SPV I INC.,

                Plaintiff,               22-CV-00434 (VSB)(SN)

    -against-                     **ORDER**

51 EAST 126TH STREET, LLC,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A hearing will be held on November 17, 2022, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York to discuss the Court's Order to Show Cause and the resolution of this matter. ECF No. 55. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     November 4, 2022
                New York, New York